AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

CV 09 0761 BZ E-filing

| | |
|---|---|
| Les Jankey, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| James Lee, et al. | ) |
| Defendant | ) |

## Summons in a Civil Action

To: See service list attached
    *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas E. Frankovich
Thomas E. Frankovich, APLC
4328 Redwood Highway, Suite 300
San Rafael, CA 94903 / Telephone: 415-674-8600

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FEB 2 0 2009

Richard W. Wieking
Name of clerk of court

Date: _____

ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

ORIGINAL

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   LES JANKEY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  LES JANKEY, an individual; and          )   **CASE NO.**
    DISABILITY RIGHTS, ENFORCEMENT,          )   **Civil Rights**
13  EDUCATION, SERVICES: HELPING             )
    YOU HELP OTHERS, a California public     )   **COMPLAINT FOR INJUNCTIVE RELIEF**
14  benefit corporation,                     )   **AND DAMAGES:**
                                             )
15         Plaintiffs,                       )   **1st CAUSE OF ACTION:** For Denial of Access
                                             )   by a Public Accommodation in Violation of the
16  v.                                       )   Americans with Disabilities Act of 1990 (42
                                             )   U.S.C. §12101, *et seq.*)
17  JAMES LEE TRUSTEE of the PAULA           )
    LEE MARITAL TRUST (a.k.a) MORNING        )   **2nd CAUSE OF ACTION:** For Denial of Full
18  FIX CAFE,                                )   and Equal Access in Violation of California
                                             )   Civil Code §§54, 54.1 and 54.3
19         Defendant.                        )
                                             )   **3rd CAUSE OF ACTION:** For Denial of
20  _____      )   Accessible Sanitary Facilities in Violation of
                                                 California Health & Safety Code §19955, *et seq.*
21
                                                 **4th CAUSE OF ACTION:** For Denial of
22                                               Access to Full and Equal Accommodations,
                                                 Advantages, Facilities, Privileges and/or
23                                               Services in Violation of California Civil Code
                                                 §51, *et seq.* (The Unruh Civil Rights Act)
24

25

26                                               **DEMAND FOR JURY**

27

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

**Les Jankey, et al. v.** JAMES LEE TRUSTEE of the PAULA LEE MARITAL TRUST (a.k.a) MORNING FIX CAFE**, et al.**
Case no.

James Lee, Trustee
Paula Lee Marital Trust
691 Broadway # 20
San Francisco, CA 94109