1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   *A PROFESSIONAL LAW CORPORATION*
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:    415/674-8600
4   Facsimile:     415/674-9900

5   Attorneys for Plaintiffs
    LES JANKEY
6   and DISABILITY RIGHTS
    ENFORCEMENT, EDUCATION,
7   SERVICES: HELPING YOU
    HELP OTHERS

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11
    LES JANKEY, an individual; and              CASE NO.  CV-09-0761-BZ
12  DISABILITY RIGHTS, ENFORCEMENT, )
    EDUCATION, SERVICES: HELPING    )           STIPULATION AND [PROPOSED]
13  YOU HELP OTHERS, a California public )      ORDER EXTENDING TIME FOR
    benefit corporation,            )           DEFENDANT JAMES LEE TRUSTEE
14                                  )           of the PAULA LEE MARITAL TRUST
         Plaintiffs,                )           (a.k.a) MORNING FIX CAFE
15                                  )           TO RESPOND TO COMPLAINT
    v.                              )
16                                  )
                                    )
17  JAMES LEE TRUSTEE of the PAULA  )
    LEE MARITAL TRUST (a.k.a)       )
18  MORNING FIX CAFE,               )
                                    )
19       Defendant.                 )
                                    )
20  _____)

21       Plaintiffs LES JANKEY, an individual and DISABILITY RIGHTS, ENFORCEMENT,

22  EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES"), and Defendant

23  JAMES LEE TRUSTEE of the PAULA LEE MARITAL TRUST (a.k.a) MORNING FIX CAFE,

24  by and through their respective counsel, respectfully request and make the following stipulation:

25       1.    Whereas, defendant JAMES LEE TRUSTEE of the PAULA LEE MARITAL

26  TRUST (a.k.a) MORNING FIX CAFÉ was personally served with the summons and complaint

27  on March 11, 2009; and

28  ///

    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT JAMES LEE TRUSTEE of the PAULA LEE
    MARITAL TRUST (a.k.a) MORNING FIX CAFÉ TO RESPOND TO COMPLAINT
                                                                              CV-09-0761-BZ

1   2.   Whereas, defendant JAMES LEE TRUSTEE of the PAULA LEE MARITAL
2   TRUST (a.k.a) MORNING FIX CAFÉ requested an extension to respond to plaintiffs'
3   complaint; and

4   3.   Whereas, the parties are currently in negotiation to settle the above-referenced
5   case, and wish to reduce costs and fees in so doing. However, the parties need additional time to
6   document the terms; and

7   4.   Whereas, the parties believe it would be in the interests of efficiency and economy
8   to extend the deadline for defendant JAMES LEE TRUSTEE of the PAULA LEE MARITAL
9   TRUST (a.k.a) MORNING FIX CAFÉ to respond to the complaint, in order to allow time to
10  finalize an agreement; and

11  5.   Whereas, defendant's counsel further stipulates that defendant will comply with
12  any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court,
13  and/or any scheduling order issued by this court prior to the date on which defendant's
14  responsive pleading is due; and

15  6.   Whereas, plaintiffs' have agreed to grant a 30-day extension of time for the
16  defendant to respond to the complaint.

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND <del>[PROPOSED]</del> ORDER EXTENDING TIME FOR DEFENDANT JAMES LEE TRUSTEE of the PAULA LEE MARITAL TRUST (a.k.a) MORNING FIX CAFÉ TO RESPOND TO COMPLAINT

CV-09-0761-BZ                2

1     **IT IS STIPULATED:**

2         That the last day for Defendant JAMES LEE TRUSTEE of the PAULA LEE MARITAL

3   TRUST (a.k.a) MORNING FIX CAFE, to respond to the complaint be extended up to and

4   including April 22, 2009.

5   Respectfully submitted.

6

7   DATED: March 24, 2009                THOMAS E. FRANKOVICH,
                                          *A PROFESSIONAL LAW CORPORATION*

8

9                                      By: _____ /S/ _____

10                                             Thomas E. Frankovich
                                            Attorneys for Plaintiffs LES JANKEY and

11                                             DISABILITY RIGHTS ENFORCEMENT,
                                            EDUCATION SERVICES: HELPING YOU

12                                             HELP OTHERS

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT JAMES LEE TRUSTEE of the PAULA LEE
MARITAL TRUST (a.k.a) MORNING FIX CAFÉ TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: March 24, 2009                    SUSAN PARKINSON, ESQ.
                                         *LAW OFFICES OF SUSAN PARKINSON*


                                         By: _____/S/_____
                                                   Susan Parkinson, Esq.

                                         Attorneys for Defendant JAMES LEE, TRUSTEE
                                         of the PAULA LEE MARITAL TRUST (a.k.a)
                                         MORNING FIX CAFE


                                    **ORDER**


        IT IS HEREBY ORDERED that Defendant JAMES LEE TRUSTEE of the PAULA LEE

MARITAL TRUST (a.k.a) MORNING FIX CAFÉ is granted an extension of time to and

including April 22, 2009, to answer or otherwise respond to plaintiff's complaint.


DATED: 25 March 2009                     _____
                                         HON. BERNARD ZIMMERMAN
                                         United States Magistrate Judge


**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT JAMES LEE TRUSTEE of the PAULA LEE MARITAL TRUST (a.k.a) MORNING FIX CAFÉ TO RESPOND TO COMPLAINT**

                                                          **CV-09-0761-BZ          4**