1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs LES JANKEY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES LEE TRUSTEE of the PAULA LEE MARITAL TRUST (a.k.a) MORNING FIX CAFE,<br><br>    Defendant.<br>_____ | CASE NO. CV-09-0761-BZ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

///

---

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**        CV-09-0761-BZ

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Respectfully submitted,

Dated: July 23, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
Thomas E. Frankovich
Attorneys for Plaintiffs LES JANKEY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: July 23, 2009

SUSAN PARKINSON,
**LAW OFFICES OF SUSAN PARKINSON**

By: _____/S/_____
Susan Parkinson
Attorneys for Defendant JAMES LEE TRUSTEE of the PAULA LEE MARITAL TRUST (a.k.a) MORNING FIX CAFE

### ORDER

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __July 27__, 2009

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge of California

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**   CV-09-0761-BZ   -2-